# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| KYLE BEEBE § | Civil Action No. 1:19-cv-00545-JHR-JFR |
| Plaintiff, § | |
| § | **JURY TRIAL REQUESTED** |
| v. § | |
| § | |
| JOHN TODD § | |
| Defendant. § | |

## ORDER ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S AMENDED RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day, the Court considered Defendant, John Todd's, Motion to Strike Plaintiff's Amended Response to Defendant's Motion for Summary Judgment. After considering the briefing, evidence, and arguments of counsel, the Court has determined that Defendant's Motion to Strike Plaintiff's Amended Response to Defendant's Motion for Summary Judgment should be GRANTED.

Signed this, the _____ day of _____, 2020

_____
THE HONORABLE JERRY H. RITTER