IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KYLE BEEBE,

    Plaintiff,

v.                                                                                        1:19-cv-00545-JHR-JFR

JOHN TODD.

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, JULY 22, 2020, at 4:00 P.M.** Counsel shall be prepared to discuss scheduling of the pretrial conference and trial in this matter. Counsel shall call my toll-free AT&T conference line at (888) 278-0296, enter access code 9998216, and press "#" to be joined to the proceedings.

                                                                     _____
                                                                     JERRY H. RITTER
                                                                     U.S. MAGISTRATE JUDGE