IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

# **NOTICE OF CIVIL JURY TRIAL**

**BY DIRECTION OF THE HON. JERRY H. RITTER, MAGISTRATE JUDGE**, the following civil case will come on for:

**PRETRIAL CONFERENCE to begin on November 2, 2020, at 1:30 p.m.** at the United States Courthouse, 4th Floor Chama Courtroom, 333 Lomas Blvd. NW, Albuquerque, NM 87102.

**JURY SELECTION AND TRIAL to begin on January 5, 2021, at 9:00 a.m.** at the United States Courthouse, 4th Floor Hondo Courtroom, 333 Lomas Blvd. NW, Albuquerque, NM 87102:

---

*Bebee v. Todd, et al.,*
**CV 19-0545 JHR/JFR** (3 days)

| | | |
|---|---|---|
| Attorneys for Plaintiff: | Timothy White | (505) 345-2573 |
| Attorneys for Defendants: | Ryan Purdue | (713) 654-1200 |
| | Stephen Fernelius | (713) 654-1200 |

---

Counsel and parties are to appear before Judge Ritter one-half hour prior to jury selection to address pretrial matters. Unless otherwise directed, Counsel must be prepared to begin trial immediately following jury selection.

For pretrial deadlines and other information, please refer to the attached pages or to Judge Ritter's Chambers Page at **www.nmcourt.fed.us**.

Please direct inquiries regarding this setting or other civil calendaring information to Judge Ritter's Chambers at **(505) 348-2300.**

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent